**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BRIDGET BILAL** and
**HAMIN BILAL**,

      **Plaintiffs**,

**v.**                           **Case No. 3:25cv278-TKW-ZCB**

**RICKY DIXON, et al.**,

      **Defendants**.

_____/

### ORDER AUTHORIZING FILINGS EXCEEDING WORD LIMIT

Upon due consideration of the Funeral Home Defendants'[1] motion to exceed word limit (Doc. 25), it is

**ORDERED** that the motion is **GRANTED**, and the Funeral Home Defendants' forthcoming motion to dismiss may exceed the word limit in Local Rule 7.1(F). Plaintiffs' response to that motion may also exceed the word limit, if necessary, but the motion and response shall be as concise as possible.

**DONE AND ORDERED** this 18th day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendant Ryan Brown and Defendant Brown Funeral Home and Blue Lake Crematory.